# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-2535

CASA GRANDE CONDOMINIUM ASSOCIATION,

Plaintiff,

vs.

STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,

Defendant.

---

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

---

TO:    PLAINTIFFS AND THEIR ATTORNEY OF RECORD:
David M. Roth
Jennifer A. Milne
ROTH MILNE
950 South Cherry St., Suite 416
Denver, Colorado 80246
T: 303-662-8082
david@randmlaw.com
jennifer@randmlaw.com

TO:    THE HONORABLE JUAN G. VILLASEÑOR
DISTRICT COURT, LARIMER COUNTY, STATE OF COLORADO, DIVISION 3B
201 LaPorte Avenue, Suite 100
Fort Collins, Colorado 80521

PLEASE TAKE NOTICE that the Defendant herein, State Farm Fire and Casualty Company, ("State Farm"), by and through its attorneys, Karen H. Wheeler and Nicholas J. Deaver of Wheeler Law, Professional Corporation, hereby files this Notice of Removal to the United States District Court for the District of Colorado of the action brought by Plaintiff Casa Grande Condominium Association, against State Farm in Larimer County District Court, Colorado case number 2019CV30712, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. As grounds therefor, Defendant states as follows:

1. On August 14, 2019, Defendant was served with a copy of the Summons, Complaint, and Civil Case Cover Sheet in case number 2019CV30712, in the District Court of Larimer County, State of Colorado, filed by Plaintiff Casa Grande Condominium Association on or about August 7, 2019. *See* **Exhibit A**, Summons; **Exhibit B**, District Court Civil (CV) Cover Sheet for Initial Pleading of Complaint, Counter-Claim or Third-Party Complaint; **Exhibit C**, Complaint and Jury Demand; **Exhibit D**, Return of Service.

2. This lawsuit arises from Plaintiffs' claim that they are entitled to insurance benefits related to damage allegedly caused by a hailstorm on or about August 10, 2017. **Exhibit C**, p. 2, ¶¶ 7.

3. Thirty days have not yet expired since August 14, 2019, the date the Complaint was received by the Defendant. *See* **Exhibit D**, Return of Service. Defendant's notice of removal is therefore timely pursuant to 28 U.S.C. § 1441, *et seq*.

4. Any civil action "brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant…to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This action is removable because the United States District Court for the District of Colorado has original diversity jurisdiction over this action. *See* 28 U.S.C. § 1332(a).

6. As discussed below, the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

7. "For purposes of diversity jurisdiction under 28 U.S.C. § 1332(a)(1), state citizenship is the equivalent of domicile." *Crowley v. Glaze*, 710 F.2d 676, 678 (10th Cir. 1983).

8. State Farm is an Illinois corporation and its principal place of business is in

Bloomington, Illinois. *See* **Exhibit C**, p. 1, ¶ 2; **Exhibit E**, Amended Articles of Incorporation, p. 6, Articles of Amended, Article II.

9. A corporation is "deemed to be a citizen of any State and foreign state by which it has been incorporated and of the State or foreign state where it has a principal place of business[.]" 28 U.S.C. § 1332(c)(1).[1]

10. Plaintiff Casa Grande Condominium Association is a non-profit corporation incorporated in Colorado with its principal place of business in Colorado. *See* **Exhibit C**, p. 1, ¶ 1; **Exhibit F.**

11. Because Plaintiff is a citizen of Colorado and State Farm is a citizen of Illinois, the parties are citizens of different states pursuant to 28 U.S.C. § 1332(c)(1).

12. "[D]ocuments that demonstrate plaintiff's own estimation of its claim are a proper means of supporting the allegations in the notice of removal, even though they cannot be used to support the ultimate amount of liability." *McPhail v. Deere & Co.*, 529 F.3d 947, 956 (10th Cir. 2008). An indication on a civil cover sheet that the amount in controversy exceeds $100,000 is sufficient to meet the jurisdictional threshold for removal. *Paros Properties, LLC v. Colorado Casualty Ins. Co.*, 835 F.3d 1264, 1272 (10th Cir. 2016).

13. The amount in controversy exceeds $75,000, exclusive of interest and costs, as reflected by Plaintiffs' Civil Cover Sheet. Plaintiffs, through their counsel, have represented that they are "seeking "[a] monetary judgment over $100,000[.]" *See id.*; 28 U.S.C. § 1446(c)(2)(A)(ii); **Exhibit B**, p. 1-2. Plaintiff have also alleged that State Farm would not pay $252,847.36 for repairs. **Exhibit C**, p. 2, ¶¶ 9-11. Plaintiffs' claims for relief are: Breach of Contract, "Bad Faith Breach of

---

[1] Plaintiff's action is not a direct action within the meaning of 28 U.S.C. § 1332(c)(1). *See, e.g., Fortson v. St. Paul Fire and Marine Ins. Co.*, 751 F.2d 1157, 1159 (11th Cir. 1985)(citation omitted).

Insurance Contract," and "Violation of C.R.S. § 10-3-1115 and relief pursuant to § 10-3-1116." **Exhibit C**.

14. Moreover, Plaintiffs' Third Claim for Relief, a claim pursuant to C.R.S. §§ 10-3-1115 and 10-3-1116, allows for recovery of two times the covered benefit, as well as attorney fees and costs for a successful claim made pursuant to the statute. C.R.S. § 10-3-1116. **Exhibit C**, p. 5 ¶ 41.

15. Accordingly, Plaintiffs are clearly estimating the value of their claim to be in excess of the jurisdictional threshold of $75,000.

16. Because the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000, the district court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).

17. This action is pending in Larimer County District Court, State of Colorado, which is embraced by the United States District Court for the District of Colorado. *See* **Exhibits A-D**; *see also* Fed. R. Evid. 201(b)(1)-(2).

18. Accordingly, this action is removable from Denver County District Court to this Court pursuant to 28 U.S.C. § 1441(a).

19. Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant hereby gives notice of removal of the action pending against it in Larimer County District Court, Colorado, case number 2019CV30712, to the United States District Court for the District of Colorado.

20. Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings served in this action are attached to this Notice of Removal as **Exhibits A-D** and **G-H** and include:

    A.    Summons (**Exhibit A**);
    B.    District Court Civil (CV) Cover Sheet for Initial Pleading of Complaint, Counter-Claim or Third-Party Complaint (**Exhibit B**);
    C.    Complaint and Jury Demand (**Exhibit C**);
    D.    Return of Service (**Exhibit D**);
    E.    Notice Judicial Civil Case Management (**Exhibit G**)

   F. Order Incorporating Courtroom Procedures (**Exhibit H**)

WHEREFORE, Defendant respectfully requests by this Notice, that case number 2019CV30712 pending in the District Court of Larimer County, State of Colorado, be removed to the United States District Court for the District of Colorado.

DATED this 5th day of September 2019.

          Respectfully submitted,

          s/ *Karen H. Wheeler*
          Karen H. Wheeler
          Wheeler Law, P.C.
          5690 DTC Boulevard, Suite 240E
          Greenwood Village, Colorado 80111
          Telephone: (303) 221-4787
          Karen@wheeler5280.com

          Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-2535

CASA GRANDE CONDOMINIUM ASSOCIATION,

Plaintiff,

vs.

STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation,

Defendant.

_____

## CERTIFICATE OF SERVICE
_____

I hereby certify that on September 5, 2019, I electronically filed the foregoing **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** with the Clerk of Court for filing and uploading to the CM/ECF system and served by U.S. Mail and e-mail to the following:

David M. Roth, #44800
Jennifer A. Milne, #46286
Roth Milne
950 South Cherry St., Suite 416
Denver, CO 80246
Phone Num.: (303) 662-8082
FAX Num.: (303) 662-8083
E-Mail: david@randmlaw.com
jennifer@randmlaw.com

*Attorneys for Plaintiff*

s/ *Karen H. Wheeler*
Karen H. Wheeler